# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JAY MCCOY, | ) Case No. CV 09-0093-GHK (DTB) |
| Plaintiff, | ) |
| vs. | ) ORDER TO SHOW CAUSE |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| Defendants. | ) |

In the Court's October 6, 2009, Order and Findings on Motions by Defendant Los Angeles County Sheriffs Department ("County") to Compel Responses of Plaintiff to County's Interrogatories and Request for Production of Documents, the Court ordered plaintiff to respond to the County's Interrogatories, Set One, and to the County's Request for Production of Documents, Set One, requests numbers 1-37 and 39-43 within ten days and without objection. With respect to request for production number 38, the motion to compel was denied. With respect to requests for production numbers 40-43, the Court limited the scope of those requests to documents which would reflect financial expenditures made by or on behalf of plaintiff.

The Court further ordered that plaintiff was to pay monetary sanctions to

County's counsel for the reasonable attorney fees and costs incurred in connection with the two motions to compel in the total amount of $ 1000.00, payable forthwith.

On November 5, 2009, the Court conducted a telephonic status conference. Attorneys Shareef Farag and Timothy Kral appeared on behalf of the County. Attorney Aaron Fontana appeared on behalf of defendant Leroy Baca. No appearance was made by plaintiff despite his receipt of notification by the Court clerk of the telephonic status conference, and his acknowledgment and agreement to the date and time of such. The Court and counsel discussed the status of the case, an counsel for defendants advised the Court that the deadline for plaintiff to comply with the October 6, 2009, order had passed without plaintiff complying with said order, either by responding to the discovery as ordered, or by payment of the sanctions.

Accordingly, on or before December 3, 2009, at 10:00 a.m., plaintiff is ORDERED to show cause, if any he has, why he failed to timely serve discovery responses, without objection, as well as submit payment in the amount of $1,000.00 to counsel for the County in compliance with the Court's previous order and why this Court should not impose further monetary sanctions on plaintiff for his failure to comply. Plaintiff shall attempt to show such good cause by filing a declaration under penalty of perjury, accompanied with his discovery responses and proof of payment of the sanctions that were discussed in the Court's October 6, 2009 Order.

The Court admonishes plaintiff that his failure to timely file a declaration responsive to this Order to Show Cause accompanied by his discovery responses and proof of payment of sanctions will be deemed by the Court as further evidence of his failure to comply with this Court's orders, as well as evidence of his failure to comply with defendant's discovery requests which could subject him to additional sanctions,

including the preclusion of claims, issues and/or dismissal of ths action by the District

1  Court, pursuant to Fed. R. Civ. P. 37.

2  DATED: November 10, 2009

3

4

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE