O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KENNETH JAY MCCOY,

                  Petitioner,

    vs.

LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT, et al,

                  Respondent.

Case No.  CV 09-0093-GHK (DTB)

ORDER ADOPTING FINDINGS,
CONCLUSIONS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

NOTE: CHANGES MADE BY
THE COURT

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Court (1) denies defendants' Motion to Dismiss plaintiff's claims as unexhausted; (2) grants defendants' Motion to Dismiss all of plaintiff's claims against Sheriff Baca in his official capacity and plaintiff's claims against Sheriff Baca in his individual capacity pursuant to the ADA and the Rehabilitation Act, and dismissing those claims **without leave to amend**; (3) grants defendants' Motion to Dismiss all of plaintiff's claims against the LACSD pursuant to the ADA and the Rehabilitation Act, and dismissing those claims with leave to amend; (4) grants

defendants' Motion to Dismiss all of plaintiff's state law claims, and dismissing those claims with leave to amend; (5) dismisses plaintiff's other federal civil rights claims with leave to amend; (6) grants defendants' Motion to Strike plaintiff's claims for punitive damages against the LACSD, and striking any claims for punitive damages against the LACSD set forth in any amended complaint filed in this action; (7) denies as moot defendants' Motion to Strike plaintiff's claims for compensatory damages pursuant to Cal. Gov't Code § 11135; and (8) orders plaintiff, if he decides to proceed with this action, to file a First Amended Complaint remedying the deficiencies discussed above within thirty (30) days of the date of this Order. Plaintiff is admonished that if he fails to timely file a First Amended Complaint, the Court will dismiss this action with prejudice on the grounds set forth above and for failure to diligently prosecute.

DATED:   1/18/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

2