JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JAY MCCOY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  CV 09-0093-GHK (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:　　May 14, 2010

　　　　　　　　　　　　　　　　　　　　/s/ King
　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE